IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **ROBERT LEE TAYLOR,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.<br>: 7:08-CV-39 (HL) |
| **AL JONES, Medical Administrator,** | : |
| **Defendant.** | : |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 13), which recommends denying Defendant's motion to dismiss (Doc. 7) and granting Plaintiff's motion for trial or judgment (Doc. 9).[1]  Defendant filed no objections to the Magistrate Judge's R&R.  After careful consideration and *de novo* review of the R&R, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 10th day of January, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

wjc

---

[1] Plaintiff's motion for trial or judgment is construed as a response to defendant's motion to dismiss and a motion to amend the complaint.